UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X  06 CV 0022 (NG) (CLP)
JENNIE MAGGIO,

**Plaintiff,**

-against-                                                              **ORDER**

AMR CORP. a/k/a AMERICAN AIRLINES,
INC. and AMERICAN AIRLINES VACATIONS,

**Defendants.**
------------------------------------------------------------------X

**GERSHON, United States District Judge:**

At a conference held on February 3, 2006, plaintiff's counsel represented that the total value of plaintiff's damages is less than $75,000. In light of that, the parties agreed that there is no basis for subject matter jurisdiction in this court. Accordingly, the case is remanded to the Supreme Court of the State of New York, County of Nassau, pursuant to 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

The Clerk of Court is directed to mail a certified copy of this order to the Clerk of the Supreme Court of the State of New York, County of Nassau, and to return the case files to that court.

**SO ORDERED.**

/S/
**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
       February 7, 2006